# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LINDA NICKLE, ET AL                                                                        PLAINTIFF(S)

VS.                  Case No. 4:15CV00189 SWW

LIBERTY MEDICAL LLC,  ET AL                                     DEFENDANT(S)

### **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 8th day of April 2015.

                                                 AT THE DIRECTION OF THE COURT
                                                 JAMES W. McCORMACK, CLERK

                                                 BY:  /s/ Cecilia Norwood
                                                      Courtroom Deputy to
                                                      U.S. District Judge Susan Webber Wright