IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA NICKLE AND
PRESTON NICKLE                                                           PLAINTIFFS

VS.                              No. 4:15-CV-189

LIBERTY MEDICAL, LLC, and
ATLS MEDICAL SUPPLY, INC. f/k/a
LIBERTY MEDICAL SUPPLY, INC.                                              DEFENDANTS

### AFFIDAVIT OF SERVICE

I, Erika Gee, a duly licensed and practicing attorney in the State of Arkansas, do hereby certify that the summons and complaint filed in this matter have been served on the defendants Liberty Medical, LLC and ATLS Medical Supply, Inc. f/k/a Liberty Medical Supply, Inc. by certified mail, return receipt requested.

Copies of the signed return receipt cards are attached as Exhibit A.

Dated: May 1, 2015.

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-mail:  kwilson@wlj.com
             egee@wlj.com

By _____
Kyle R. Wilson (89118)
Erika Ross Gee (2001196)
*Attorneys for Plaintiff*

1256980-v1

**Receipt 1:**

2. Article Number: 9214 7969 0099 9790 1601 3008 27

1. Article Addressed to:

CT Corporation System
Registered Agent: Liberty Medical
1200 South Pine Island Road
Plantation, FL 33324

A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name): Raynor
C. Date of Delivery: 4/9/[?]
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee) ☐ Yes

File: 21268-69736
PS Form 3811 — Domestic Return Receipt

**Receipt 2:**

2. Article Number: 9214 7969 0099 9790 1601 3008 65

1. Article Addressed to:

CT Corporation System
Registered Agent: ATLS Medical
1200 South Pine Island Road
Plantation, FL 33324

A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name): Raynor
C. Date of Delivery: 4/9/[?]
D. Is delivery address different from item 1? ☐ Yes ☐ No
3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee) ☐ Yes

File: 21268-69736
PS Form 3811 — Domestic Return Receipt

EXHIBIT A