IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| Linda Nickle and Preston Nickle | | Plaintiffs |
| vs. | Case No. 4:15CV00189 SWW | |
| Liberty Medical LLC, *et al* | | Defendants |

## NOTICE

Defendant, Liberty Medical, LLC, by and through undersigned counsel, gives notice that the Plaintiffs, Linda Nickle and Preston Nickle, have agreed, through counsel, to voluntarily dismiss Liberty Medical, LLC, without prejudice. Liberty Medical, LLC files this notice for the sole purpose of ensuring a default is not entered.

I HEREBY CERTIFY that a copy of this Notice was sent to the Plaintiffs' counsel, Erika Ross Gee, at egee@wlj.com on May 19, 2015.

Dated: May 19, 2015

Lawrence E. Pecan, Esquire[1]
Florida Bar No. 99086
Okla. Bar. No. 30901
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Liberty Medical LLC*

---

[1] Attorney Pecan executed an application for admission to this Court on May 19, 2015, which has not yet been granted.