**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LINDA NICKLE and PRESTON NICKLE                                    PLAINTIFFS

v.                              No. 4:15CV00189 JLH

LIBERTY MEDICAL, LLC; and
ATLS MEDICAL SUPPLY, INC.,
f/k/a LIBERTY MEDICAL SUPPLY, INC.                                 DEFENDANTS

## ORDER

The plaintiffs' motion for voluntary dismissal as to separate defendant Liberty Medical Supply, LLC, is GRANTED. Document #6. Plaintiffs' claims against Liberty Medical Supply, LLC, are hereby dismissed without prejudice.

IT IS SO ORDERED this 26th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE