IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA NICKLE AND
PRESTON NICKLE                                                    PLAINTIFFS

VS.                         NO 4:15cv189-JLH

LIBERTY MEDICAL, LLC, and
ATLS MEDICAL SUPPLY, INC., f/k/a
LIBERTY MEDICAL SUPPLY, INC.                          DEFENDANTS

**PLAINTIFFS' STIPULATION TO AN EXTENSION OF TIME FOR
SEPARATE DEFENDANT ATLS MEDICAL SUPPLY, INC., f/k/a
LIBERTY MEDICAL SUPPLY, INC. TO FILE A RESPONSIVE PLEADING**

Plaintiffs, Linda Nickle and Preston Nickle, by and through undersigned

counsel, submit the following as their stipulation to an extension of time for

separate defendant ATLS Medical Supply, Inc. f/k/a Liberty Medical Supply, Inc.

("Liberty Medical") to file a responsive pleading:

1.      On April 3, 2015, plaintiffs filed a complaint for negligence and loss of

consortium against defendants.

2.      Counsel for Liberty Medical has requested additional time to file a

responsive pleading.

3.      Plaintiffs have no objection to the request and hereby stipulate that

Liberty Medical should be granted an extension of time to June 30, 2015 in which to

file a responsive pleading.

WHEREFORE, plaintiffs Linda Nickle and Preston Nickle pray the Court

will grant separate defendant ATLS Medical Supply, Inc. f/k/a Liberty Medical

Supply, Inc. an extension of time to respond to the complaint.

1260518-v1

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-mail:  kwilson@wlj.com
         egee@wlj.com


By    /s/ Kyle R. Wilson

Kyle R. Wilson (89118)
Erika Ross Gee (2001196)
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I hereby certify that a copy of the foregoing will be served by email and U.S. Mail on the following individual who is not yet registered to receive electronic noticing in this matter:

Paul J. Keenan Jr.

keenanp@gtlaw.com
GreenbergTraurig
333 SE 2nd Avenue
Suite 4400
Miami, FL 33131
305.579.0805


/s/ Kyle R. Wilson
Kyle R. Wilson