IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**Linda Nickle and Preston Nickle**                                                      **Plaintiffs**

**vs.**                        **Case No. 4:15CV00189 SWW**

**Liberty Medical LLC,** *et al*                                                         **Defendants**

## MOTION TO RECONSIDER, ALTER OR AMEND

Defendant, Liberty Medical, LLC, by and through undersigned counsel, moves to alter, amend or for reconsideration of the *Order Granting Motion to Dismiss Party* [ECF No. 7] and states:

1. The plaintiffs previously agreed to dismiss Liberty Medical LLC, as represented in the Notice [ECF No. 5].

2. Upon information and belief, in the *Motion to Dismiss Party* [ECF No. 6], the plaintiffs mistakenly sought dismissal of Liberty Medical Supply Inc. As set forth in the plaintiffs' complaint [ECF No. 1], Liberty Medical Supply Inc. no longer exists, and its name was changed to ATLS Medical Supply Inc, who is also a defendant to this action.

3. The docket correctly reflects that Liberty Medical LLC was terminated as a party on May 26, 2015.

4. Accordingly, Liberty Medical LLC would request that the *Order Granting Motion to Dismiss Party* be corrected to reflect that Liberty Medical LLC was dismissed as a party, not Liberty Medical Supply Inc.

WHEREFORE, Liberty Medical LLC requests this Court alter, amend, or reconsider the *Order* Granting *Motion to Dismiss Party,* and enter an order dismissing Liberty Medical LLC as a defendant, without prejudice.

{Firm Clients/4249/4249-1/01627395.DOCX.}

I HEREBY CERTIFY that a copy of this Notice was sent to the Plaintiffs' counsel, Erika Ross Gee, at egee@wlj.com on May 19, 2015.

Dated: June 4, 2015

/s/Lawrence E. Pecan

Lawrence E. Pecan, Esquire[1]
Florida Bar No. 99086
Okla. Bar. No. 30901
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Liberty Medical LLC*

---

[1] Attorney Pecan executed an application for admission to this Court on May 19, 2015, which has not yet been granted.

{Firm Clients/4249/4249-1/01627395.DOCX.}