**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LINDA NICKLE and PRESTON NICKLE                                          PLAINTIFFS

v.                                          No. 4:15CV00189 JLH

ATLS MEDICAL SUPPLY, INC.,
f/k/a LIBERTY MEDICAL SUPPLY, INC.                                       DEFENDANT

## ORDER

The defendant's motion to reconsider, alter or amend is GRANTED.  Document #10.  The Order entered on May 26, 2015, as Document #7 is hereby amended.  The party dismissed is Liberty Medical, LLC, not Liberty Medical Supply, LLC, which is not a party.

IT IS SO ORDERED this 10th day of June, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE