**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| LINDA NICKLE and<br>PRESTON NICKLE | PLAINTIFFS |
| v.              NO. 4:15CV00189 JLH | |
| ATLS MEDICAL SUPPLY, INC.,<br>f/k/a LIBERTY MEDICAL SUPPLY, INC. | DEFENDANT |

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 25th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE